476 A.2d 92

Commonwealth v. Vulto, Appellant.

Submitted September 9, 1983. Robert A. Longo, for appellant; Edward F. Browne, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and CAVANAUGH and HOFFMAN, JJ.

Affirmed.

476 A.2d 92

Commonwealth v. Waters, Appellant.

Petition for Allowance of Appeal
Denied Aug. 21, 1984.

Argued March 8, 1984. Susan Antonelli Flynn, Assistant Public Defender, for appellant; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, MONTEMURO and JOHNSON, JJ.

The judgment of sentence filed August 6, 1982 is affirmed.